OPINION — AG — COUNTY ASSESSORS MAY NOT BE PAID TRAVEL EXPENSES IN ADDITION TO THE MONTHLY AMOUNT AUTHORIZED BY 68 O.S. 1961 15.19 [68-15.19], (WITH THE EXCEPTION OF MEETINGS OF THE NATIONAL ASSOCIATION OF ASSESSING OFFICERS) AND MAY NOT BE PAID FOR ATTENDANCE AT MEETINGS CALLED BY THE STATE EXAMINER AND INSPECTOR UNDER AUTHORITY OF 19 O.S. 1963 Supp., 180.47 [19-180.47] CITE: 74 O.S. 1961 500.1 [74-500.1] (JOSEPH MUSKRAT)